UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 10, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.   23-MJ-113 |
| | : | |
| AHMAD ROBERTSON, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Fentanyl) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Cocaine) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense) |
| | : | 22 D.C. Code § 4503(a)(1), (b)(1) (Unlawful Possession of a Firearm (Prior Conviction)) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about June 1, 2023, within the District of Columbia, **AHMAD ROBERTSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2008-CF3-4176, did unlawfully and knowingly receive and possess ammunition, that is, 29 rounds of

5.56mm ammunition, 19 rounds of X-Tac 5.56mm ammunition, 53 rounds of combined "Federal" and "Fort Scott Munitions" brand 9mm ammunition, 58 rounds of "PMC Bronze" brand .45 caliber ammunition, 143 rounds of "PMC Bronze," "Blazer," "Speer," and "Remington" brand .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 1, 2023, within the District of Columbia, **AHMAD ROBERTSON,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about June 1, 2023, within the District of Columbia, **AHMAD ROBERTSON,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about June 1, 2023, within the District of Columbia, **AHMAD ROBERTSON**, did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of a drug trafficking offense, for which he may be prosecuted in a court of the United States, that

is, Counts Two and Three of this Indictment, which is incorporated herein, a privately manufactured firearm ("PMF") that is, an AR-style pistol.

(**Using, Carrying and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

### COUNT FIVE

On or about June 1, 2023, within the District of Columbia, **AHMAD ROBERTSON**, knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a privately manufactured firearm ("PMF") that is, an AR-style pistol.

(**Unlawful Possession of a Firearm (Prior Conviction)**, in violation of Title 22, D.C. Code, Section 4503(a)(1), (b)(1))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One, Four, and Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and associated parts and accessories involved in or used in the knowing commission of the offense, including but not limited to 29 rounds of 5.56mm ammunition, four extended magazines, 19 rounds of X-Tac 5.56mm ammunition, 53 rounds of combined "Federal" and "Fort Scott Munitions" brand 9mm ammunition, 58 rounds of "PMC Bronze" brand .45 caliber ammunition, 143 rounds of "PMC Bronze," "Blazer," "Speer," and "Remington" brand .40 caliber ammunition, and a ballistic vest.

2. Upon conviction of the offense alleged in Counts Two and Three of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M Graves /DTH*
Attorney of the United States in
and for the District of Columbia